# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:18-mj-0026 DMC

Michael Flint

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY        STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 6-26-19      In custody
                   DEFENDANT'S SIGNATURE

You are placed on 5 years unsupervised court probation.
YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

(X) Fine: $ 375   and a penalty assessment of $ 25.00   for a TOTAL AMOUNT OF: $ 500.00   within 90   days/months, or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____ completed by You are prohibited from entering federal lands for a period of five years including but not limited to land by the Bureau of Land Management, US Forest Service

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

[X] CENTRAL VIOLATIONS BUREAU
PO BOX ~~71363~~ 780549
~~PHILADELPHIA, PA 19176-1363~~
1-800-827-2982 San Antonio, TX
or                78278
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

[X] CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Defendant is ordered released from federal custody.

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 6-26-19      _____
                   U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                           EDCA-3